# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15CV294-GCM

| | |
|---|---|
| RAVSHAN MAMEDOV, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CARMAX AUTO SUPERSTORES, )<br>INC., )<br>   Defendant. ) | **ORDER** |

THIS MATTER is before the Court on Plaintiff's Counsel Mr. Serge Semirog's ("Plaintiff's Counsel") failure to satisfy the requirements for Admission to the Bar of this Court and to Register for ECF. Three notices were filed in this matter, beginning on August 6, 2015, in an attempt to resolve the issue, however, no response was filed. **Accordingly, the Court ORDERS:**

1. Plaintiff's Counsel is directed to satisfy the requirements for Admission to the Bar of this Court and to register for ECF within ten days from the date of this Order.

2. If Plaintiff's Counsel does not respond, Plaintiff has twenty-one days from the date of this Order to retain counsel admitted to practice in this Court and file a Notice of Appearance thereof; or

3. If the above time frames given by the Court lapse without any response, the court will assume Plaintiff intends to proceed *pro se*.

4. The Clerk is respectfully directed to mail a copy of this Order to Plaintiff's Counsel. Plaintiff's Counsel is instructed to immediately provide a copy of this Order to the Plaintiff and to provide the Court with a Certificate of Service which includes the mailing address of the Plaintiff.

SO ORDERED.

Signed: October 15, 2015

Graham C. Mullen
United States District Judge